**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Kyle McNair-Robinson, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:24-cv-06816-AS |
| v. | |
| DAZN US LLC d/b/a DAZN | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kyle

McNair-Robinson, by and through his undersigned counsel of record, hereby dismisses his

claims against Defendant DAZN US LLC d/b/a DAZN, without prejudice and without costs.

Dated: New York, New York
　　　December 2, 2024

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC**

By:  /s/ Adrian Gucovschi
　　 Adrian Gucovschi, Esq.

Adrian Gucovschi
140 Broadway, Suite 4667
New York, NY 10005
Tel: (212) 884-4230
adrian@gr-firm.com

*Counsel for Plaintiff*